**Cory F. Woerner, Esq. 296702019**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
Cwoerner@Seymourlaw.net

**Order Filed on October 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
### DISTICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| In re:<br><br>Stephanie Robinson<br><br><br>Debtors | Case No.:        20-22575-JNP<br><br>Hearing Date:<br>                  11:00 am<br><br>Chapter:          13<br>Motion to Approve Post-Petition Financing |

### ORDER APPROVING SETTLEMENT AND POST-PETITION FINANCING

　　The relief set forth on the follow page, numbered 2, is hereby ORDERED.

**DATED: October 26, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
In re: Stephanie Robinson
20-225757-JNP
Caption: Order Approving Settlement of Insurance Proceeds and Approving Post-Petition Financing.

---

In consideration of the Motion of Stephanie Robinson, arguments of counsel, any other proofs which have been adduced, and for good cause shown, it is hereby

**ORDERED**

The Settlement Proceeds shall be used to satisfy the underlying lien on the vehicle;

It is **FURTHER ORDERED** that the Debtor may obtain financing for a replacement vehicle subject to the following terms

| Total Sale Price | $ 33,622.16 |
| --- | --- |
| Financing Charges | $ 11,569.42 |
| Amount Financed | $ 17,052.74 |
| Interest Rate | 18.59% |
| Monthly payment | $    397.53 |
| Financing Term | 72 months |
| Down Payment | $  5,000.00 |

It is **FURTHER ORDERED,** that within 14 days of the date of this order the Debtor shall file amended schedules and a modified plan, or alternatively covert her case.