**Cory F. Woerner, Esq. 296702019**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
Cwoerner@Seymourlaw.net

Order Filed on October 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE**

| In re:<br><br>Stephanie Robinson<br><br><br>Debtors | Case No.:　　　　20-22575-JNP<br><br>Hearing Date:<br>　　　　　　　　11:00 am<br><br>Chapter:　　　　13<br>Motion to Approve Post-Petition Financing |
|---|---|

**ORDER APPROVING SETTLEMENT AND POST-PETITION FINANCING**

The relief set forth on the follow page, numbered 2, is hereby ORDERED.

**DATED: October 26, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
In re: Stephanie Robinson
20-225757-JNP
Caption: Order Approving Settlement of Insurance Proceeds and Approving Post-Petition Financing.

---

In consideration of the Motion of Stephanie Robinson, arguments of counsel, any other proofs which have been adduced, and for good cause shown, it is hereby

**ORDERED**

The Settlement Proceeds shall be used to satisfy the underlying lien on the vehicle;

It is **FURTHER ORDERED** that the Debtor may obtain financing for a replacement vehicle subject to the following terms

| Total Sale Price | $ 33,622.16 |
| Financing Charges | $ 11,569.42 |
| Amount Financed | $ 17,052.74 |
| Interest Rate | 18.59% |
| Monthly payment | $    397.53 |
| Financing Term | 72 months |
| Down Payment | $  5,000.00 |

It is **FURTHER ORDERED,** that within 14 days of the date of this order the Debtor shall file amended schedules and a modified plan, or alternatively covert her case.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 20-22575-JNP

Stephanie Robinson                                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephanie Robinson, 1118 S. 2nd St, Millville, NJ 08332-4237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021                          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Envision Financial Group rmcdowell@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Stephanie Robinson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Oct 26, 2021     Form ID: pdf903     Total Noticed: 1
TOTAL: 6