Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−22575−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Stephanie Robinson
　1118 S. 2nd St
　Millville, NJ 08332

Social Security No.:
　xxx−xx−2536

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 6, 2021.

On 2/16/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:　　　　　April 6, 2022
Time:　　　　　10:00 AM
Location:　　　4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 17, 2022
JAN:

　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Stephanie Robinson  
    Debtor

Case No. 20-22575-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Feb 17, 2022      Form ID: 185      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Robinson, 1118 S. 2nd St, Millville, NJ 08332-4237 |
| cr | + | Envision Financial Group, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 519038860 | + | Andrea Lazenby, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519038859 | + | Anthony Robinson Sr., 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519018583 | + | Bail Bonds of America, 523 Cooper St, Camden, NJ 08102-1210 |
| 519018584 | | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 519038858 | + | Denise Robinson, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519023089 | + | Envision Financial Group as assignee of Bail Bonds, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519038863 | | Malaga Villa, 989 Delsea Dr, Franklinville, NJ 08322 |
| 519018589 | + | MillVille Tax Assesser, 12 South High Street, Millville, NJ 08332-4244 |
| 519038861 | + | Minto Money, PO BOX 58112, Minto, AK 99758-0112 |
| 519018590 | + | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 519018591 | + | NCB Management Services Inc, PO Box 1099, Attn HSBC Bank, Langhorne, PA 19047-6099 |
| 519018594 | #+ | Saldutti Law Group, 800 N Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| 519038857 | + | Yvonne Viruet, 2011 Ferry Ave, Camden, NJ 08104-1937 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519018585 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Feb 17 2022 20:30:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 519024910 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Feb 17 2022 20:30:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519072372 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:34:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519038864 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 17 2022 20:35:03 | First Premier, Suite 7, 900 West Delaware Street, Sioux Falls, SD 57104-0337 |
| 519018588 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2022 20:30:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 519038862 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 17 2022 20:30:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 519068384 | | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2022 20:30:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |

Case 20-22575-JNP    Doc 38    Filed 02/19/22    Entered 02/20/22 00:15:24    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: 185 | Total Noticed: 29 |

| Recip ID | Bypass | Email Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519045021 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 17 2022 20:30:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519018593 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 17 2022 20:30:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 519018592 |  | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 17 2022 20:30:00 | NJ Division Of Taxation, P.O. Box 245, Banktrupcy Section, Trenton, NJ 08695-0245 |
| 519018595 | + | Email/Text: bknotices@totalcardinc.com | Feb 17 2022 20:30:00 | The Bank of Missouri, 5109 S BROADBAND LN, Sioux Falls, SD 57108-2208 |
| 519018596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:35:08 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519018587 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 519018586 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 519046756 | *+ | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022           Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Envision Financial Group rmcdowell@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Stephanie Robinson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6