Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−22575−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie Robinson
   1118 S. 2nd St
   Millville, NJ 08332

Social Security No.:
   xxx−xx−2536

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/5/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 6, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Stephanie Robinson  
Debtor

Case No. 20-22575-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3  
Date Rcvd: Apr 06, 2022  Form ID: 148  Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Stephanie Robinson, 1118 S. 2nd St, Millville, NJ 08332-4237 |
| cr | + | Envision Financial Group, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 519038860 | + | Andrea Lazenby, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519038859 | + | Anthony Robinson Sr., 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519018583 | + | Bail Bonds of America, 523 Cooper St, Camden, NJ 08102-1210 |
| 519038858 | + | Denise Robinson, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519023089 | + | Envision Financial Group as assignee of Bail Bonds, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519018590 | ++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243 address filed with court:, Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519038863 | | Malaga Villa, 989 Delsea Dr, Franklinville, NJ 08322 |
| 519018589 | + | MillVille Tax Assesser, 12 South High Street, Millville, NJ 08332-4244 |
| 519038861 | + | Minto Money, PO BOX 58112, Minto, AK 99758-0112 |
| 519018591 | + | NCB Management Services Inc, PO Box 1099, Attn HSBC Bank, Langhorne, PA 19047-6099 |
| 519018594 | #+ | Saldutti Law Group, 800 N Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| 519038857 | + | Yvonne Viruet, 2011 Ferry Ave, Camden, NJ 08104-1937 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519018584 | | EDI: BANKAMER2.COM | Apr 07 2022 02:33:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 519018585 | + | EDI: DVTM.COM | Apr 07 2022 02:33:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 519024910 | + | EDI: DVTM.COM | Apr 07 2022 02:33:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519072372 | | EDI: CITICORP.COM | Apr 07 2022 02:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519038864 | + | EDI: AMINFOFP.COM | Apr 07 2022 02:33:00 | First Premier, Suite 7, 900 West Delaware Street, Sioux Falls, SD 57104-0337 |
| 519018588 | + | EDI: IRS.COM | Apr 07 2022 02:33:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 519018590 | | Email/Text: ClaimsHelp@Mohela.com | Apr 06 2022 20:29:00 | Mohela/Dept Of Ed, 633 Spirit Drive, |

Case 20-22575-JNP  Doc 41  Filed 04/08/22  Entered 04/09/22 00:15:03  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 148 | Total Noticed: 29 |

| Recip ID | Bypass Flag | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Chesterfield, MO 63005 |
| 519038862 | + | EDI: PHINGENESIS | Apr 07 2022 02:33:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 519068384 | | EDI: Q3G.COM | Apr 07 2022 02:33:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519045021 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 06 2022 20:30:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519018593 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 06 2022 20:30:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 519018592 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 06 2022 20:29:00 | NJ Division Of Taxation, P.O. Box 245, Banktrupcy Section, Trenton, NJ 08695-0245 |
| 519018595 | + | EDI: TCISOLUTIONS.COM | Apr 07 2022 02:33:00 | The Bank of Missouri, 5109 S BROADBAND LN, Sioux Falls, SD 57108-2208 |
| 519018596 | + | EDI: CITICORP.COM | Apr 07 2022 02:33:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519018587 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 519018586 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 519046756 | *+ | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Envision Financial Group rmcdowell@slgcollect.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 06, 2022 | Form ID: 148 | Total Noticed: 29

Seymour Wasserstrum
    on behalf of Debtor Stephanie Robinson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6