UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, NJ 08360
P: 856-696-8300
F: 856-696-3586
mylawyer7@aol.com

Order Filed on July 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephanie Robinson

| | |
|---|---|
| Case No.: | 20-22575 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 14, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____ Seymour Wasserstrum _____ for the reduction of time for a hearing on  Motion to Vacate Dismissal

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ 8/2/2022 _____ at  11:00am   in the United States Bankruptcy Court, _____ 400 Cooper Street Camden, NJ 08101 _____,
Courtroom No.  4C  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Any and All Affected Parties

 E-Mail must be by Consent

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Chapter 13 Trustee

☐ on the same day as the date of this Order, or

☒ within ___1___ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 20-22575-JNP

Stephanie Robinson                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephanie Robinson, 1118 S. 2nd St, Millville, NJ 08332-4237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Envision Financial Group rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Stephanie Robinson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |