| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Stephanie Robinson<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–2536<br>EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13  11/11/20 |
| Case number: | 20–22575–JNP | Date case converted to chapter: 7  8/8/22 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephanie Robinson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1118 S. 2nd St<br>Millville, NJ 08332 | |
| 4. | **Debtor's attorney**<br>Name and address | Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Contact phone (856) 696–8300<br>Email: mylawyer7@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>Andrew Sklar, Chapter 7 Trustee<br>20 Brace Road<br>Suite 205<br>Cherry Hill, NJ 08034 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br><br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 8/10/22 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 9, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 11/8/22** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:  
Stephanie Robinson  
    Debtor

Case No. 20-22575-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 10, 2022      Form ID: 309A      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Robinson, 1118 S. 2nd St, Millville, NJ 08332-4237 |
| 519038860 | + | Andrea Lazenby, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519038859 | + | Anthony Robinson Sr., 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519018583 | + | Bail Bonds of America, 523 Cooper St, Camden, NJ 08102-1210 |
| 519038858 | + | Denise Robinson, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519023089 | + | Envision Financial Group as assignee of Bail Bonds, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519038863 | | Malaga Villa, 989 Delsea Dr, Franklinville, NJ 08322 |
| 519018589 | + | MillVille Tax Assesser, 12 South High Street, Millville, NJ 08332-4244 |
| 519018594 | #+ | Saldutti Law Group, 800 N Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| 519038857 | + | Yvonne Viruet, 2011 Ferry Ave, Camden, NJ 08104-1937 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mylawyer7@aol.com | Aug 10 2022 20:43:00 | Seymour Wasserstrum, Law Offices of Seymour Wasserstrum, 205 West Landis Avenue, Vineland, NJ 08360 |
| tr | | Email/Text: Andrew.Sklar@txitrustee.com | Aug 10 2022 20:43:00 | Andrew Sklar, Andrew Sklar, Chapter 7 Trustee, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519018584 | | EDI: BANKAMER2.COM | Aug 11 2022 00:38:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 519018585 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 10 2022 20:44:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 519024910 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 10 2022 20:44:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519072372 | | EDI: CITICORP.COM | Aug 11 2022 00:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519038864 | + | EDI: AMINFOFP.COM | Aug 11 2022 00:38:00 | First Premier, Suite 7, 900 West Delaware Street, Sioux Falls, SD 57104-0337 |
| 519018588 | + | EDI: IRS.COM | Aug 11 2022 00:38:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 519018590 | | Email/Text: EBN@Mohela.com | | |

Case 20-22575-JNP    Doc 65    Filed 08/12/22    Entered 08/13/22 00:13:45    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: 309A | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 10 2022 20:43:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519038862 | + | EDI: PHINGENESIS | Aug 11 2022 00:38:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 519038861 | ^ | MEBN | Aug 10 2022 20:40:40 | Minto Money, PO BOX 58112, Minto, AK 99758-0112 |
| 519018591 | ^ | MEBN | Aug 10 2022 20:39:25 | NCB Management Services Inc, PO Box 1099, Attn HSBC Bank, Langhorne, PA 19047-6099 |
| 519068384 | | EDI: Q3G.COM | Aug 11 2022 00:38:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519045021 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 10 2022 20:44:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519018593 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 10 2022 20:44:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 519018592 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 10 2022 20:43:00 | NJ Division Of Taxation, P.O. Box 245, Banktrupcy Section, Trenton, NJ 08695-0245 |
| 519018595 | + | EDI: TCISOLUTIONS.COM | Aug 11 2022 00:38:00 | The Bank of Missouri, 5109 S BROADBAND LN, Sioux Falls, SD 57108-2208 |
| 519018596 | + | EDI: CITICORP.COM | Aug 11 2022 00:38:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519018587 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 519018586 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 519046756 | *+ | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022        Signature:        /s/Gustava Winters