UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Stephanie Robinson

Case No.: 20-22575-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

### NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on October 11, 2022, at 11:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1118 S. 2nd St, Millville NJ 08332<br>(FMV $101,263.00) |
|---|---|

| Liens on property: | $92,963.49 - Rocket Mortgage |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       /s/ Andrew Sklar, Chapter 7 Trustee

Address:    20 Brace Road, Suite 205, Cherry Hill, NJ 08034

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-22575-JNP
Stephanie Robinson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 3
Date Rcvd: Sep 12, 2022   Form ID: pdf905   Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Robinson, 1118 S. 2nd St, Millville, NJ 08332-4237 |
| cr | + | Envision Financial Group, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 519038860 | + | Andrea Lazenby, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519038859 | + | Anthony Robinson Sr., 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519018583 | + | Bail Bonds of America, 523 Cooper St, Camden, NJ 08102-1210 |
| 519688454 | + | Delaware E-ZPass Service Center, 1200 Witaker Rd., Newark, DE 19702-1018 |
| 519038858 | + | Denise Robinson, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519688455 | + | E-ZPas Customer Service Center, P.O. Box 4973, Trenton, NJ 08650-4973 |
| 519023089 | + | Envision Financial Group as assignee of Bail Bonds, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519688457 | + | Jericho Share, 11152 Westheimer Rd, Suite 639, Houston, TX 77042-3208 |
| 519688458 | | Linebarger, Gogga, Blair & Sampson, LLP, 4 Penn Center, 1600 JFK Blvd, c/o Delaware DOT, Philadelphia, PA 19103 |
| 519038863 | | Malaga Villa, 989 Delsea Dr, Franklinville, NJ 08322 |
| 519018589 | + | MillVille Tax Assesser, 12 South High Street, Millville, NJ 08332-4244 |
| 519688977 | + | Pennsylvania Turnpike Commission, 300 East Park Drive, E-ZPass Customer Service Center, Harrisburg, PA 17111-2729 |
| 519018594 | #+ | Saldutti Law Group, 800 N Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| 519688459 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519688973 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of, Taxation, Trenton, NJ 08695-0245 |
| 519038857 | + | Yvonne Viruet, 2011 Ferry Ave, Camden, NJ 08104-1937 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519688452 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 12 2022 20:39:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519688974 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 12 2022 20:38:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519018584 | | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 12 2022 20:39:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 519018585 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 12 2022 20:39:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 519024910 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 12 2022 20:39:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519072372 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 20-22575-JNP    Doc 72    Filed 09/14/22    Entered 09/15/22 00:12:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: pdf905 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | Sep 12 2022 20:50:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519688970 | + Email/Text: tracey.gregoire@millvillenj.gov | Sep 12 2022 20:39:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 519688975 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2022 20:39:00 | Comenity Bank/VCTRSSEC, 3095 Loyalty Circle, Bldg A, Columbus, OH 43219-3673 |
| 519688453 | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2022 20:40:20 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519688456 | Email/Text: bnc-bluestem@quantum3group.com | Sep 12 2022 20:39:00 | Fingerhut, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519038864 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 12 2022 20:40:34 | First Premier, Suite 7, 900 West Delaware Street, Sioux Falls, SD 57104-0337 |
| 519688976 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 12 2022 20:40:20 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519018588 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2022 20:39:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 519018590 | Email/Text: EBN@Mohela.com | Sep 12 2022 20:39:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519038862 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 12 2022 20:39:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 519038861 | ^ MEBN | Sep 12 2022 20:37:31 | Minto Money, PO BOX 58112, Minto, AK 99758-0112 |
| 519018591 | ^ MEBN | Sep 12 2022 20:37:27 | NCB Management Services Inc, PO Box 1099, Attn HSBC Bank, Langhorne, PA 19047-6099 |
| 519688972 | ^ MEBN | Sep 12 2022 20:36:48 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice, Complex, Trenton, NJ 08625-0112 |
| 519068384 | Email/Text: bnc-quantum@quantum3group.com | Sep 12 2022 20:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519045021 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 12 2022 20:39:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519018593 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 12 2022 20:39:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 519018592 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 12 2022 20:38:00 | NJ Division Of Taxation, P.O. Box 245, Banktrupcy Section, Trenton, NJ 08695-0245 |
| 519688978 | + Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:19 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519688979 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 12 2022 20:39:00 | The Bank of Missouri, PO BOX 4499, Beaverton, OR 97076-4499 |
| 519018595 | + Email/Text: bknotices@totalcardinc.com | Sep 12 2022 20:39:00 | The Bank of Missouri, 5109 S BROADBAND LN, Sioux Falls, SD 57108-2208 |
| 519018596 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2022 20:40:35 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519688980 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2022 20:50:55 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519688981 | + Email/Text: bk@avant.com | Sep 12 2022 20:39:00 | WEBBANK/AVANT, 222 N. Lasalle St, Ste 1600, Chicago, IL 60601-1112 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519018587 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 519018586 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 519688982 | * | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519688971 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519046756 | *+ | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Envision Financial Group rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Stephanie Robinson mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6