Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  20–22575–JNP
    Chapter:  7
    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie Robinson
   1118 S. 2nd St
   Millville, NJ 08332

Social Security No.:
   xxx–xx–2536

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Priscilla Quiles , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

1118 S. 2nd St, Millville, NJ

Dated: October 5, 2022
JAN:

                                          Jeanne Naughton
                                          Clerk