**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stephanie Robinson** | Social Security number or ITIN  xxx–xx–2536 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–22575–JNP | |

# Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephanie Robinson

<u>11/10/22</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Stephanie Robinson

    Debtor

Case No. 20-22575-JNP

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                       Page 1 of 3

Date Rcvd: Nov 10, 2022                 Form ID: 318                     Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Robinson, 1118 S. 2nd St, Millville, NJ 08332-4237 |
| cr | + | Envision Financial Group, c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 519038860 | + | Andrea Lazenby, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519038859 | + | Anthony Robinson Sr., 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519018583 | + | Bail Bonds of America, 523 Cooper St, Camden, NJ 08102-1210 |
| 519688454 | + | Delaware E-ZPass Service Center, 1200 Witaker Rd., Newark, DE 19702-1018 |
| 519038858 | + | Denise Robinson, 2011 Ferry Ave, Camden, NJ 08104-1937 |
| 519688455 | + | E-ZPas Customer Service Center, P.O. Box 4973, Trenton, NJ 08650-4973 |
| 519023089 | + | Envision Financial Group as assignee of Bail Bonds, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519688457 | + | Jericho Share, 11152 Westheimer Rd, Suite 639, Houston, TX 77042-3208 |
| 519688458 | | Linebarger, Gogga, Blair & Sampson, LLP, 4 Penn Center, 1600 JFK Blvd, c/o Delaware DOT, Philadelphia, PA 19103 |
| 519038863 | | Malaga Villa, 989 Delsea Dr, Franklinville, NJ 08322 |
| 519018589 | + | MillVille Tax Assesser, 12 South High Street, Millville, NJ 08332-4244 |
| 519688977 | + | Pennsylvania Turnpike Commission, 300 East Park Drive, E-ZPass Customer Service Center, Harrisburg, PA 17111-2729 |
| 519688459 | | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519688973 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of, Taxation, Trenton, NJ 08695-0245 |
| 519038857 | + | Yvonne Viruet, 2011 Ferry Ave, Camden, NJ 08104-1937 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2022 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2022 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519688452 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 10 2022 21:05:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519688974 | + | EDI: BANKAMER.COM | Nov 11 2022 01:53:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519018584 | | EDI: BANKAMER2.COM | Nov 11 2022 01:53:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 519018585 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 10 2022 21:06:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 519024910 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 10 2022 21:06:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519072372 | | EDI: CITICORP.COM | | |

District/off: 0312-1     User: admin     Page 2 of 3

Date Rcvd: Nov 10, 2022     Form ID: 318     Total Noticed: 47

| Recipient | Method | | Delivery Date/Time & Address |
|---|---|---|---|
| | | Nov 11 2022 01:53:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519688970 | + | Email/Text: tracey.gregoire@millvillenj.gov Nov 10 2022 21:06:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 519688975 | + | EDI: WFNNB.COM Nov 11 2022 01:53:00 | Comenity Bank/VCTRSSEC, 3095 Loyalty Circle, Bldg A, Columbus, OH 43219-3673 |
| 519688453 | | Email/PDF: creditonebknotifications@resurgent.com Nov 10 2022 21:01:48 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519688456 | | EDI: BLUESTEM Nov 11 2022 01:53:00 | Fingerhut, PO Box 70281, Philadelphia, PA 19176-0281 |
| 519038864 | + | EDI: AMINFOFP.COM Nov 11 2022 01:53:00 | First Premier, Suite 7, 900 West Delaware Street, Sioux Falls, SD 57104-0337 |
| 519688976 | + | EDI: AMINFOFP.COM Nov 11 2022 01:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519018588 | + | EDI: IRS.COM Nov 11 2022 01:53:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 519018590 | | Email/Text: EBN@Mohela.com Nov 10 2022 21:05:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519038862 | + | EDI: PHINGENESIS Nov 11 2022 01:53:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 519038861 | ^ | MEBN Nov 10 2022 21:00:58 | Minto Money, PO BOX 58112, Minto, AK 99758-0112 |
| 519018591 | ^ | MEBN Nov 10 2022 21:00:50 | NCB Management Services Inc, PO Box 1099, Attn HSBC Bank, Langhorne, PA 19047-6099 |
| 519688972 | ^ | MEBN Nov 10 2022 21:00:05 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice, Complex, Trenton, NJ 08625-0112 |
| 519068384 | | EDI: Q3G.COM Nov 11 2022 01:53:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519045021 | + | Email/Text: bankruptcyteam@quickenloans.com Nov 10 2022 21:06:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519018593 | + | Email/Text: bankruptcyteam@quickenloans.com Nov 10 2022 21:06:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 519018592 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Nov 10 2022 21:05:00 | NJ Division Of Taxation, P.O. Box 245, Banktrupcy Section, Trenton, NJ 08695-0245 |
| 519688978 | + | EDI: RMSC.COM Nov 11 2022 01:53:00 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519688979 | + | EDI: PHINGENESIS Nov 11 2022 01:53:00 | The Bank of Missouri, PO BOX 4499, Beaverton, OR 97076-4499 |
| 519018595 | + | EDI: TCISOLUTIONS.COM Nov 11 2022 01:53:00 | The Bank of Missouri, 5109 S BROADBAND LN, Sioux Falls, SD 57108-2208 |
| 519018596 | + | EDI: CITICORP.COM Nov 11 2022 01:53:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519688980 | + | EDI: CITICORP.COM Nov 11 2022 01:53:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519688981 | + | Email/Text: bk@avant.com Nov 10 2022 21:06:00 | WEBBANK/AVANT, 222 N. Lasalle St, Ste 1600, Chicago, IL 60601-1112 |

TOTAL: 30

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 10, 2022 | Form ID: 318 | Total Noticed: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519018587 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 519018586 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 519688982 | * | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519688971 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519046756 | *+ | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519018594 | ##+ | Saldutti Law Group, 800 N Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Envision Financial Group rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Stephanie Robinson mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6